el." That declaration was under date of September 25, 1969. The restrictive covenants and trust instrument [also executed by Erkenbeck as president of the development corporation] was already on record for almost a year by that time [filed with the Recorder of Deeds of Ray County on December 13, 1968]. When the Erkenbeck letter issued, therefore, the corporation had since conveyed the subdivision roadways to the Trustees for the private uses defined in the instrument of mutual restrictions, conveyance and trust. The legal title was in the Trustees. They were bound by the terms of the integral instrument to exercise their trust in strict accordance with the definition of powers and duties—that is, to hold the roadways and other common property for the private purposes of subdivision and for the benefit of the owners or residents of Crystal Lakes. The tender by Erkenbeck to the county court was gratuitous.

The judgment of injunction is modified to direct the Trustees to provide an owner of subdivision property, even though not resident, with a key to any movable gate or barricade installed to protect the common property.

The judgment is affirmed as modified.

All concur.

Thomas M. Sullivan, Kansas City, for defendant Starr.

I. L. Kraft, Kansas City, for cross-claimant/successor trustee-respondent United Missouri Bank.

John H. Foard, Jr., Kansas City, for defendant-appellant Moreland.

Elwyn L. Cady, Jr., Independence, pro se.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from supplemental judgment surcharging trustees $59,661 appropriated by them from a trust.

Judgment affirmed. Rule 84.16(b).

Prior opinion, 610 S.W.2d 93.

See also, 558 S.W.2d 755.

Sylvia T. GOULD, Plaintiff,

v.

Wayne R. STARR, Jr., Defendant,

Christine L. Moreland, Elwyn L. Cady, Jr., Defendants-Appellants,

United Missouri Bank of Kansas City, N. A., Successor Trustee-Respondent.

No. 32747.

Missouri Court of Appeals, Western District.

July 6, 1982.

In re the MARRIAGE OF Jimmy Dale COOK and Diane Elaine Cook.

Jimmy Dale Cook, Petitioner-Respondent,

and

Diane Elaine Cook, Respondent-Appellant.

No. 12392.

Missouri Court of Appeals, Southern District, Division Two.

July 7, 1982.